MIGUEL PINEDA,

      Plaintiff,

v.

WEST TEXAS COMMUNITY
SUPERVISION, EL PASO COUNTY,
CLINTON DAVIS, FLOR SERNA,
ALEJANDRA RODRIGUEZ &
UNKNOWN PROBATION OFFICERS

      Defendant.

§
§
§
§
§
§
§
§
§
§
§
§
§



**EP 19 CV 0 0 5 7**

## NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COME NOW Defendants FLOR SERNA and ALEJANDRA RODRIGUEZ, and file this notice of removal. As grounds for removal, Defendants state the following:

1. The suit being removed is a civil action pending in the 171st Judicial District Court of El Paso County, Texas, styled, *Miguel Pineda v. West Texas Community Supervision, El Paso County, Clinton Davis, Flor Serna, Alejandra Rodriguez & Unknown Probation Officers*, Cause No. 2018DCV4903. True and correct copies of all process, pleadings, and the orders served upon Defendants in the state court action are being filed with this notice as required by 28 U.S.C. § 1446(a), and attached hereto as *Exhibit "A"*.

2. This action was commenced on December 28, 2018. Defendant Flor Serna was served on January 18, 2019 with Plaintiff's Original Petition. Defendant Alejandra Rodriguez was served on January 23, 2019 with Plaintiff's Original Petition. No other Defendants have been served. Both Defendants who have been served are employees of Defendant El Paso County and both agree to have this action removed to federal court.

3.    Plaintiff's Original Petition alleges a federal question as Plaintiff has alleged a deprivation of his rights under the Fourth Amendment and FourteenthAamendment to the United States Constitution and seeks relief under 42 U.S.C. §1983. Therefore, this notice of removal is timely filed under 28 U.S.C. § 1446(b), within 30 days of the service on Defendants.

4.    The United States District Court possesses jurisdiction over Plaintiff's state law claims pursuant to supplemental jurisdiction under 28 U.S.C. § 1441(c).

5.    Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action is pending.

6.    Defendants, the removing parties, will promptly give adverse parties written notice of the filing of this Notice of Removal as required by 28 U.S.C. 1446(d). Defendants will promptly file a copy of this Notice of Removal with the Clerk of the 171st Judicial District Court, El Paso County, Texas, where the action is currently pending, also pursuant to 28 U.S.C. § 1446(d).

7.    Plaintiff has not added additional Defendants.

**WHEREFORE**, **PREMISES CONSIDERED,** Defendants FLOR SERNA and ALEJANDRA RODRIGUEZ pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, remove the case styled *Miguel Pineda v. West Texas Community Supervision, El Paso County, Clinton Davis, Flor Serna, Alejandra Rodriguez & Unknown Probation Officers*, Cause No. 2018DCV4903.

> **Respectfully submitted,**
>
> **JO ANNE BERNAL**
> **EL PASO COUNTY ATTORNEY**
> 500 East San Antonio, Room 503
> El Paso, Texas  79901

Notice of Removal

2

Bus:  (915) 546-2050
Fax:  (915) 546-2133

**By:** _____

**RUBEN DUARTE**
Assistant County Attorney
Texas State Bar No. 24002017
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that on this the 13th day of February, 2019, a true and correct copy of the foregoing document has been filed with the clerk of the court for the United States District Court, Western District of Texas, using the court's electronic case filing system and has been sent to Sergio Gonzalez, counsel for Plaintiff, 3717 Montana, El Paso, Texas 79901.

_____

**RUBEN DUARTE**

# EXHIBIT A

171st District Court

# CASE SUMMARY
## CASE NO. 2018DCV4903

| | | |
|---|---|---|
| Miguel Pineda | § | Location: **171st District Court** |
| VS | § | Judicial Officer: **Rangel, Bonnie** |
| WEST TEXAS COMMUNITY SUPERVISION, EL PASO | § | Filed on: **12/28/2018** |
| COUNTY, CLINTON DAVIS, FLOR SERNA, | § | |
| ALEJANDRA RODRIGUEZ, & OTHER UNKNOWN | | |
| PROBATION OFFICERS | | |

---

### CASE INFORMATION

Case Type: **Other Civil**

Case Flags: **Pauper's Oath**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2018DCV4903 |
| Court | 171st District Court |
| Date Assigned | 12/28/2018 |
| Judicial Officer | Rangel, Bonnie |

---

### PARTY INFORMATION

*Lead Attorneys*

| | | |
|---|---|---|
| **Plaintiff** | **Pineda, Miguel** | **GONZALEZ, SERGIO** |
| | | *Retained* |
| | | 915-304-0358(W) |
| | | |
| **Defendant** | **DAVIS, CLINTON** | |
| | **EL PASO COUNTY** | |
| | **OTHER UNKNOWN PROBATION OFFICERS** | |
| | **RODRIGUEZ, ALEJANDRA** | |
| | **SERNA, FLOR** | |
| | **WEST TEXAS COMMUNITY SUPERVISION** | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|

## EVENTS

| | |
|---|---|
| 12/28/2018 | Original Petition (OCA) |
| 12/28/2018 | E-File Event Original Filing<br>*Plaintiff's Original Petition/MR* |
| 12/28/2018 | Affidavit of Inability to Pay Court Costs<br>*STATEMENT OF INABILITY TO PAY COURT COSTS/MR* |
| 12/28/2018 | Case Information Sheet<br>*Civil Case Information Sheet/MR* |

## SERVICE

| | |
|---|---|
| 01/16/2019 | Citation<br>WEST TEXAS COMMUNITY SUPERVISION<br>Unserved |

*Printed on 02/13/2019 at 9:02 AM*

**171ST DISTRICT COURT**

# CASE SUMMARY
## CASE NO. 2018DCV4903

EL PASO COUNTY
Unserved

DAVIS, CLINTON
Unserved

SERNA, FLOR
Served: 01/18/2019
Response Due: 02/11/2019

RODRIGUEZ, ALEJANDRA
Served: 01/23/2019
Response Due: 02/18/2019

| DATE | FINANCIAL INFORMATION | |
|---|---|---|

| | | |
|---|---|---|
| **Plaintiff** Pineda, Miguel | | |
| Total Charges | | 847.00 |
| Total Payments and Credits | | 847.00 |
| **Balance Due as of 2/13/2019** | | **0.00** |

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk

BY_____ Deputy

FEB 1 3 2019



*Printed on 02/13/2019 at 9:02 AM*

Filed 12/28/2018 4:02 PM
Norma Favela Barceleau
District Clerk
El Paso County
2018DCV4903

| | |
|---|---|
| MIGUEL PINEDA | § |
| | § |
|     Plaintiff, | § |
| | § |
| vs. | § |
| | § |
| WEST TEXAS COMMUNITY | § |
| SUPERVISION, EL PASO COUNTY, | § |
| CLINTON DAVIS, FLOR SERNA, | § |
| ALEJANDRA RODRIGUEZ & | § |
| UNKNOWN PROBATION OFFICERS | § |
|     Defendants. | § |

Cause No: 2018DCV

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MIGUEL PINEDA, hereinafter referred to as "Plaintiff PINEDA",

complaining of, EL PASO COUNTY, and WEST TEXAS COMMUNITY SUPERVISION

hereinafter styled "Defendants" and would respectfully show the Court as follows:

### I.

### PARTIES

Defendant WEST TEXAS COMMUNITY SUPERVISION is a government entity

operating in El Paso County Texas and may be served with process by serving County Judge

Ruben Vogt at 500 E. San Antonio, El Paso, Texas 79901.

Defendant EL PASO COUNTY is a governmental entity located at 500 E. San Antonio,

El Paso, Texas by serving County Judge Ruben Vogt at 500 E. San Antonio, El Paso, Texas

79901.

Defendant's Clinton Davis, Flor Serna, Alejandra Rodriguez and other unknown

probation officers are/were employed by West Texas Community Supervision and El Paso

County, and may be served at 801 E. Overland, El Paso Texas

## II.

## FACTUAL ALLEGATIONS

On or about the 4th day of February, 2004, Plaintiff **PINEDA** was arrested and charged

with murder in El Paso County and detained in the El Paso County Detention Facility, and

thereafter in El Paso County. On or about February, 2004, Plaintiff was placed on a personal

recognizance bond and was released, Plaintiff continued to report as instructed by his community

supervision officer until March, 2017 with all the terms and conditions set forth on his

community supervision Bond. At his monthly reporting he was informed that failure to report

would result in his incarceration and that his case was still pending. Plaintiff **PINEDA** was by

all its terms incarcerated and forced to reside in El Paso County during the terms of his

supervision. Finally, only upon extensive inquiry did his supervisory officer realize he was and

had not been under criminal charges for several years. In fact the charges had been declined by

the El Paso District Attorney's office and in fact the statute of limitations had tolled, that

**MIGUEL PINEDA** had been wrongly detained and released him.

## III.

Plaintiff **MIGUEL PINEDA** was defacto detained without cause for a total of several

years. During his detention, Plaintiff **PINEDA** was unable to accept employment out of El Paso,

disqualified from employment because of the supposed pending charges, join the United States

Military and suffered lost wages and liberties guaranteed to him by both the Texas and United

States Constitution. He was also prohibited from accepting employment anywhere outside of El

Paso for fear that he may be unlawfully arrested.

## IV.

## TEXAS TORT CLAIMS ACT

Defendants **EL PASO COUNTY, WEST TEXAS COMMUNITY SUPERVISION**

,Clinton Davis, Flor Serna, Alejandara Rodriguez and others may be held to answer in a court of

law for the occurrence just described because:

1.)    This claim asserts that the injury sustained by Plaintiff **PINEDA** was proximately caused by the use of tangible personal property by Defendants so that sovereign immunity is waived under the Texas Tort Claims Act, in accordance with C.P.R.C § 101.021.

2.)    This claim asserts that the injury sustained by Plaintiff **MIGUEL PINEDA** arose out of negligent implementation of city policies designed to properly identify and detain arrestees, rather than negligence in the formation of policy, so that sovereign immunity is waived under the Texas Tort Claims Act, in accordance with C.P.R.C. § 101.55.

## V.

## NEGLIGENCE CAUSE OF ACTION

The facts described in this petition constitute negligence and gross negligence by the acts

and omissions as alleged by defendants in their official capacity and by and through the vicarious

liability of those employees working within the course and scope of their employment in the

following particulars:

1.    Failure to properly identify Plaintiff **PINEDA**'s case had been declined and he should be released from supervision.

2.    In failing to properly follow, enforce and/or implement El Paso County and West Texas Community Supervision policies and procedure for the supervision of plaintiff Pineda and protection of individuals;

3.   Failing to release Plaintiff **PINEDA** when there existed no legal grounds on which to continue his detention;

4.   In failing to properly enforce and/or implement West Texas Supervision and El Paso County policies and procedures to protect arrestees and detainees from being released from Court Ordered Supervision;

5.   In failing to request and secure further identifying information;

6.   In failing to transmit identifying information on individuals on who's cases are no longer pending;

7.   In improperly and negligently using the personal property belonging to El Paso County and specifically the fingerprint cards, photographs information cards, handcuffs, and other identifying and detaining property;

8.   By deliberate indifference to Plaintiff **PINEDA**'s financial and physical needs, especially when even a lay person would easily recognize the need to terminate Plaintiff's supervision;

9.   By unreasonably delaying Plaintiff **PINEDA** release from the supervised custody;

10.  By failing to use reasonable care in documenting, caring for and protecting individuals placed on supervised release; such Plaintiff **PINEDA**;

11.  In acting without cautious regard for Plaintiff **PINEDA**'s right to be free from unnecessary fees and supervision, and restrictions of his freedoms;

12.  In failing to act as would ordinary prudent supervisory officer would under same or similar circumstances;

13.  Other acts of negligence.

The aforesaid actions, by defendants, while in the course and scope of their employment with defendants were each and every, all and singular, separately and concurrently, a proximate cause of the injuries and the resulting damages sustained by Plaintiff **MIGUEL PINEDA**.

The defendants herein conducted themselves with such wanton and reckless disregard of the consequences as to show defendants conscious indifference to the harm and injury to



plaintiff and the intent to inflict harm and injury upon Plaintiff **MIGUEL PINEDA**. This gross

negligence was a proximate cause of the injuries sustained by Plaintiff **MIGUEL PINEDA**.

## VI.

## SLANDER

Defendants **EL PASO COUNTY** , by and through their employees provided information

through their web site and other sources to others with false information regarding the charges

currently pending against Plaintiff **MIGUEL PINEDA**. Such information caused the others,

including potential employers to hold Plaintiff **MIGUEL PINEDA** in disrepute, hate and

disdain. By providing this false information the defendants harmed the reputation and good name

of Plaintiff **MIGUEL PINEDA** and exposed him to extreme risk of harm. As a result of the

publishing of the false information, Plaintiff **MIGUEL PINEDA** was believed to be a person

awaiting trial on a murder charge which he was not.

## VII.

## FALSE ARREST & IMPRISONMENT,
## MALICIOUS PROSECUTION AND ABUSE OF PROCESS

The above described actions constitute false arrest and false imprisonment in that Plaintiff

**MIGUEL PINEDA** was detained without just cause and without his consent. The defendants

caused Plaintiff to suffer injury and damages where defendants had full knowledge that no such

pending case or violation of the law existed or was pending. The continued detention of his

freedom by defendants under those circumstances constitutes malicious prosecution and abuse

of process. The damages herein described were proximately caused by defendant's acts and

omissions which constitute these causes of action under Texas law.



## VIII.

### DEPRIVATION OF FEDERALLY-PROTECTED RIGHTS

At all times relevant to the allegations in this cause of action, and in all actions as alleged herein, Defendants were acting under color of state law and pursuant to authority of lawful government entities.

## IX.

Plaintiff **MIGUEL PINEDA** brings this action to redress the deprivation under color of law of the rights, privileges and immunities secured to Plaintiff **MIGUEL PINEDA** by provisions of the Fourth and Fourteenth Amendments to the Constitution of the United States and 42 U.S.C. §1983. Plaintiff **MIGUEL PINEDA** alleges that on the occurrence in question the acts and omissions by Defendants described above were committed pursuant to an established governmental policy, practice or custom.  Furthermore, Plaintiff **MIGUEL PINEDA** alleges that his damages were proximately caused by the execution of such policy, practice or custom under the color of law and that Defendants denied Plaintiff **MIGUEL PINEDA** the following rights which are secured for all citizens and persons by the United States Constitution:

1. Right to access to adequate employment and care;

2. Right to freedom from unlawful seizure of his person;

3. Right to be free from cruel and unusual punishment;

4. Right to due process of law;

5. Freedom from undue restriction on his liberty.



## X.

## DAMAGES

As a result of the conduct of defendants, and each of them, as herein alleged, Plaintiff **MIGUEL PINEDA** suffered serious bodily injuries as a result of the beatings he suffered while detained. Plaintiff **MIGUEL PINEDA** was detained several years days without justification, was unable to seek suitable employment or be with his family, travel, nor further his education outside of El Paso County. Plaintiff **MIGUEL PINEDA** was illegally detained and his freedoms restricted when it was realized that he should not have been detained.  The whole terrible ordeal has left Plaintiff **MIGUEL PINEDA** fearful of being arrested and was a traumatic event that seriously disrupted his daily life and routines.

## XI.

Plaintiff **MIGUEL PINEDA** has been damaged far in excess of the minimal jurisdictional limits of the Court and specifically reserves the right to plead his damages with particularity when same are more fully known to him.

## XII.

## NOTICE REQUIREMENTS

All notices precedent to the filing of this action have been given or complied with as required by law.

## XIII.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff **MIGUEL PINEDA** prays that defendants be cited to appear and answer herein; and that on final trial thereof, have judgment of

judgment against defendants, and each of them, for the actual and special damages

suffered by Plaintiff **MIGUEL PINEDA** as a result of defendants' conduct, in an amount

within the jurisdictional limits of the Court.

2.    Costs of suit.

3.    Prejudgment and postjudgment interest as provided by law.

4.    Such other and further relief to which Plaintiff **MIGUEL PINEDA** may be justly

entitled.

Respectfully submitted,

Sergio Gonzalez
State Bar No. 00784447
3717 Montana.
El Paso, Texas 79903
Telephone No. (915) 304-0358
Facsimile No. (915) 304 -0674

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy
FEB 1 3 2019

DISTRICT COURTS
EL PASO COUNTY, TEXAS

El Paso County - 171st District Court

Filed 12/28/2018 4:02 PM
Norma Favela Barceleau
District Clerk
El Paso County
2018DCV4903

# EL PASO COUNTY, TEXAS

## NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: Miguel Pineda
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: West Texas Community Supervision
*(Print first and last name of the person being sued.)*
El Paso County, Clinton Davis, Flor Serna,
Alejandra Rodriguez, Unknown Probation Officers

In the (check one):
☐ District Court
☐ County Court / County Court at Law
☐ Justice Court

Court Number _____

El Paso County Texas

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: Migel Armando Pineda    My date of birth is: 9/13/81
*First / Middle / Last*    *Month/Day/Year*

My address is: (Home) 5506 Edna, El Paso, TX. 79905
*(Mailing)* _____

My phone number: 915-215-7594  My email: _____

About my dependents: "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

☒ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. - or -

☐ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

☒ Food stamps/SNAP  ☐ TANF  ☐ Medicaid  ☐ CHIP  ☐ SSI  ☐ WIC  ☐ AABD
☐ Public Housing or Section 8 Housing  ☐ Low-Income Energy Assistance  ☐ Emergency Assistance
☐ Telephone Lifeline  ☐ Community Care via DADS  ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension  ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*

Adopted by the El Paso Council of Judges on October 18, 2018

Page 1 of 2

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ _0_ in monthly wages. I work as a _____ for _____
                                        Your job title                    Your employer

$ _0_ in monthly unemployment. I have been unemployed since (date) March 2018

$ _192.00_ in public benefits per month.

$ _____ from other people in my household each month: (List only if other members contribute to your household income.)

$ _0_ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☑ Worker's Comp
              Social Security      Military Housing   Dividends, interest, royalties
           ☐ Child/spousal support
           ☐ My spouse's income or income from another member of my household (If available)

$ _0_ from other jobs/sources of income. (Describe) _____

$ _0_ is my *total* monthly income.

**5. What is the value of your property?**

"My property includes:                    Value*

Cash                                $ _0_

Bank accounts, other financial assets

_____          $ _0_
_____          $ _0_
_____          $ _0_

Vehicles (cars, boats) (make and year)

_____          $ _0_
_____          $ _0_
_____          $ _0_

Other property (like jewelry, stocks, land, another house, etc.)

_____          $ _0_
_____          $ _0_
_____          $ _0_

         *Total* value of property → $ _0_

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**6. What are your monthly expenses?**

"My monthly expenses are:                   Amount

Rent/house payments/maintenance      $ _0_
Food and household supplies          $ _200.00_
Utilities and telephone              $ _0_
Clothing and laundry                 $ _0_
Medical and dental expenses          $ _0_
Insurance (life, health, auto, etc.) $ _0_
School and child care                $ _0_
Transportation, auto repair, gas     $ _0_
Child / spousal support              $ _500.00_
Wages withheld by court order        $ _0_

Debt payments paid to: (List)

_____            $ _0_
_____            $ _0_
_____            $ _0_

       *Total* Monthly Expenses → $ _700.00_

**7. Are there debts or other facts explaining your financial situation?**

"My debts include: (List debt and amount owed) _____

_____

_____

(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.") Check here if you attach another page. ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:

☑ I cannot afford to pay court costs.

☑ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _Miguel Pineda_ . My date of birth is _9.13.81_

My address is _5505 Edna_        _El Paso, Texas_      _79905_  _United States_
              Street              City    State         Zip Code   Country

▶ _[signature]_ signed on _12.17.18_ in _United States_ County _Texas_
Signature                 Month/Day/Year    county name            State

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*

Adopted by the El Paso Council of Judges on October 18, 2016

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk

BY _[signature]_ Deputy

FEB 1 3 2019

CIVIL CASE INFORMATION SHEET

El Paso County - 171st District Court

Filed 12/28/2018 4:02 PM
Norma Favela Barceleau
District Clerk
El Paso County
2018DCV4903

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____ COURT *(FOR CLERK USE ONLY):* _____

STYLED _____

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: **Sergio Gonzalez** Email: **attysgonzalez@yahoo.com** | Plaintiff(s)/Petitioner(s): **Miguel Pineda** | ☑ Attorney for Plaintiff/Petitioner ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: |
| Address: **3717 Montana Ave.** Telephone: **915 304-0358** | | Additional Parties in Child Support Case: |
| City/State/Zip: **El Paso, TX 79903** Fax: **915 304-0674** | Defendant(s)/Respondent(s): **West Texas Community Supervision, El Paso County, Clinton Davis, Flor Serna, Alejandra Rodriguez + unknown** | Custodial Parent: _____ Non-Custodial Parent: _____ |
| Signature: *S.* State Bar No: **00784147** | *(Attach additional page as necessary to list all parties)* | Presumed Father: _____ |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | Family Law |
|---|---|---|---|
| | | | **Post-judgment Actions (non-Title IV-D)** |
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** |
| *Debt/Contract* | ☐ Assault/Battery | ☐ Eminent Domain/ Condemnation | ☐ Annulment |
| ☐ Consumer/DTPA | ☐ Construction | ☐ Partition | ☐ Declare Marriage Void |
| ☐ Debt/Contract | ☐ Defamation | ☐ Quiet Title | *Divorce* |
| ☐ Fraud/Misrepresentation | *Malpractice* | ☐ Trespass to Try Title | ☐ With Children |
| ☐ Other Debt/Contract: | ☐ Accounting | ☐ Other Property: | ☐ No Children |
| | ☐ Legal | | |
| *Foreclosure* | ☐ Medical | | ☐ Enforcement |
| ☐ Home Equity—Expedited | ☐ Other Professional Liability: | | ☐ Modification—Custody |
| ☐ Other Foreclosure | | | ☐ Modification—Other |
| ☐ Franchise | ☐ Motor Vehicle Accident | **Related to Criminal Matters** | **Title IV-D** |
| ☐ Insurance | ☐ Premises | ☐ Expunction | ☐ Enforcement/Modification |
| ☐ Landlord/Tenant | *Product Liability* | ☐ Judgment Nisi | ☐ Paternity |
| ☐ Non-Competition | ☐ Asbestos/Silica | ☐ Non-Disclosure | ☐ Reciprocals (UIFSA) |
| ☐ Partnership | ☐ Other Product Liability List Product: | ☐ Seizure/Forfeiture | ☐ Support Order |
| ☐ Other Contract: | | ☐ Writ of Habeas Corpus— Pre-indictment | |
| | ☑ Other Injury or Damage: | ☐ Other: | **Other Family Law** |
| | | | ☐ Enforce Foreign Judgment |
| | | | ☐ Habeas Corpus |
| | | | ☐ Name Change |
| | | | ☐ Protective Order |
| | | | ☐ Removal of Disabilities of Minority |
| | | | ☐ Other: |
| **Employment** | **Other Civil** | | **Parent-Child Relationship** |
| ☐ Discrimination | ☐ Administrative Appeal | ☐ Lawyer Discipline | ☐ Adoption/Adoption with Termination |
| ☐ Retaliation | ☐ Antitrust/Unfair Competition | ☐ Perpetuate Testimony | ☐ Child Protection |
| ☐ Termination | ☐ Code Violations | ☐ Securities/Stock | ☐ Child Support |
| ☐ Workers' Compensation | ☐ Foreign Judgment | ☐ Tortious Interference | ☐ Custody or Visitation |
| ☐ Other Employment: | ☐ Intellectual Property | ☐ Other: | ☐ Gestational Parenting |
| | | | ☐ Grandparent Access |
| | | | ☐ Parentage/Paternity |
| | | | ☐ Termination of Parental Rights |
| **Tax** | **Probate & Mental Health** | | ☐ Other Parent-Child: |
| ☐ Tax Appraisal | *Probate/Wills/Intestate Administration* | ☐ Guardianship—Adult | |
| ☐ Tax Delinquency | ☐ Dependent Administration | ☐ Guardianship—Minor | |
| ☐ Other Tax | ☐ Independent Administration | ☐ Mental Health | |
| | ☐ Other Estate Proceedings | ☐ Other: | |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court | ☐ Declaratory Judgment | ☐ Prejudgment Remedy |
| ☐ Arbitration-related | ☐ Garnishment | ☐ Protective Order |
| ☐ Attachment | ☐ Interpleader | ☐ Receiver |
| ☐ Bill of Review | ☐ License | ☐ Sequestration |
| ☐ Certiorari | ☐ Mandamus | ☐ Temporary Restraining Order/Injunction |
| ☐ Class Action | ☐ Post-judgment | ☐ Turnover |

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy
FEB 1 3 2019

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:    **FLOR SERNA,** who may be served with process at **801 E. Overland, El Paso, TX** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **171st Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 28th day of December, 2018 by Attorney at Law, SERGIO GONZALEZ, 3717 MONTANA, EL PASO, TX 79903, in this case numbered **2018DCV4903** on the docket of said court, and styled:

**MIGUEL PINEDA**
**VS.**
**WEST TEXAS COMMUNITY SUPERVISION, EL PASO COUNTY, CLINTON DAVIS, FLOR SERNA, ALEJANDRA RODRIGUEZ, & UNKNOWN PROBATION OFFICERS**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 16th day of January, 2019.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:   NORMA FAVELA BARCELEAU    District Clerk
El Paso County, Texas

By: _____ Deputy
Gloria Rodriguez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached."

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk

By _____ Deputy

FEB 1 3 2019

## RETURN

Came on hand on _____ day of _____, 20____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition,** at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|------|------|------|------|------|------|
| | MONTH | DAY | YEAR | Hour | Min. | ____.M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy _____ $ _____   _____ Sheriff

                                    _____ County, Texas

Total _____ $ _____  by _____, Deputy

### CERTIFICATE OF DELIVERY

   I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20_____, at _____ o'clock ____m. this copy of this instrument.

                                    _____, Sheriff/Agent

                                    _____ County, Texas

                                    By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

        **(SEAL)**

                    _____

        **NOTARY PUBLIC, STATE OF TEXAS**

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:   **CLINTON DAVIS,** who may be served with process at **801 E. Overland, El Paso, TX** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **171st Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 28th day of December, 2018 by Attorney at Law, SERGIO GONZALEZ, 3717 MONTANA, EL PASO, TX 79903, in this case numbered **2018DCV4903** on the docket of said court, and styled:

**MIGUEL PINEDA**
**VS.**
**WEST TEXAS COMMUNITY SUPERVISION, EL PASO COUNTY, CLINTON DAVIS, FLOR SERNA, ALEJANDRA RODRIGUEZ, & UNKNOWN PROBATION OFFICERS**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 16th day of January, 2019.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:   NORMA FAVELA BARCELEAU    District Clerk
El Paso County, Texas

By:                                        Deputy
Gloria Rodriguez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereof.

TRUE COPY I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk

BY                                        Deputy
FEB 1 3 2019

## RETURN

Came on hand on _____ day of _____, 20____, at _____ o'clock ___M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition,** at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|------|------|------|------|------|------|
| | MONTH | DAY | YEAR | Hour | Min. | ___.M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy _____ $ _____    _____ Sheriff

_____    _____ County, Texas

Total _____ $ _____    by _____, Deputy

### CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20_____, at _____o'clock ____m. this copy of this instrument.

_____, Sheriff/Agent

_____County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:    **ALEJANDRA RODRIGUEZ,** who may be served with process at **801 E. Overland, El Paso, TX** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **171st Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 28th day of December, 2018 by Attorney at Law, SERGIO GONZALEZ, 3717 MONTANA, EL PASO, TX 79903, in this case numbered **2018DCV4903** on the docket of said court, and styled:

**MIGUEL PINEDA**
**VS.**
**WEST TEXAS COMMUNITY SUPERVISION, EL PASO COUNTY, CLINTON DAVIS, FLOR SERNA, ALEJANDRA RODRIGUEZ, & UNKNOWN PROBATION OFFICERS**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 16th day of January, 2019.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:  __NORMA FAVELA BARCELEAU__ District Clerk
El Paso County, Texas

By: _____ Deputy
Gloria Rodriguez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached to such citation."

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk

BY _____
                                        Deputy

FEB 1 3 2019

# RETURN

Came on hand on _____ day of _____, 20____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition,** at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|-----|------|------|------|------|------|
|      | MONTH | DAY | YEAR | Hour | Min. | ___M. |      |
|      |      |     |      |      |      |      |      |
|      |      |     |      |      |      |      |      |
|      |      |     |      |      |      |      |      |
|      |      |     |      |      |      |      |      |
|      |      |     |      |      |      |      |      |

And not executed as to the defendant, _____
_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy _____ $ _____   _____ Sheriff

_____   _____ County, Texas

Total _____ $ _____   by _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____,
_____ on the _____ day of _____,
20_____, at _____o'clock ____m. this copy of this instrument.

_____, Sheriff/Agent

_____County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:    **WEST TEXAS COMMUNITY SUPERVISION, who may be served with process by serving County Judge Ruben Vogt at 500 E. San Antonio, El Paso, TX 79901 or wherever he/she may be found**

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **171st Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 28th day of December, 2018 by Attorney at Law, SERGIO GONZALEZ, 3717 MONTANA, EL PASO, TX 79903, in this case numbered **2018DCV4903** on the docket of said court, and styled:

**MIGUEL PINEDA**
**VS.**
**WEST TEXAS COMMUNITY SUPERVISION, EL PASO COUNTY, CLINTON DAVIS, FLOR SERNA, ALEJANDRA RODRIGUEZ, & UNKNOWN PROBATION OFFICERS**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 16th day of January, 2019.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:   NORMA FAVELA BARCELEAU   District Clerk
El Paso County, Texas

By: _____ , Deputy
Gloria Rodriguez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____
                                        Deputy
FEB 1 3 2019

## RETURN

Came on hand on _____ day of _____, 20____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition,** at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|---|---|------|---|---|---|
| | MONTH | DAY | YEAR | Hour | Min. | ____M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy _____ $ _____   _____ Sheriff

                                             _____ County, Texas

Total _____ $ _____   by _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20____, at _____ o'clock ____m. this copy of this instrument.

                                    _____, Sheriff/Agent

                                    _____ County, Texas

                          By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

**(SEAL)**

                                    _____

                          **NOTARY PUBLIC, STATE OF TEXAS**



# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  **EL PASO COUNTY**, who may be served with process by serving **County Judge Ruben Vogt** at **500 E. San Antonio, El Paso, TX 79901** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **171st Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 28th day of December, 2018 by Attorney at Law, SERGIO GONZALEZ, 3717 MONTANA, EL PASO, TX 79903, in this case numbered **2018DCV4903** on the docket of said court, and styled:

**MIGUEL PINEDA**

**VS.**

**WEST TEXAS COMMUNITY SUPERVISION, EL PASO COUNTY, CLINTON DAVIS, FLOR SERNA, ALEJANDRA RODRIGUEZ, & UNKNOWN PROBATION OFFICERS**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 16th day of January, 2019.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:   NORMA FAVELA BARCELEAU    District Clerk
El Paso County, Texas

By:_____ Deputy
Gloria Rodriguez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk

BY_____ Deputy

FEB 1 3 2019

# RETURN

Came on hand on _____ day of _____, 20_____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition,** at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|------|------|------|------|------|------|
| | MONTH | DAY | YEAR | Hour | Min. | .M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING _____ copy _____ $ _____    _____ Sheriff

_____ _____ County, Texas

Total _____ $ _____   by _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20_____, at _____o'clock ____m. this copy of this instrument.

_____, Sheriff/Agent

_____County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20_____.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**

2018DCV4903

## RETURN

Came on hand on ___16___ day of ___January___, 20_19_, at _10:04_ o'clock _A_ M., and executed in ___El Paso___ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE MONTH | DAY | YEAR | TIME Hour | Min. .M. | Place, and Course and Distance From Court House |
|------|-----------|-----|------|-----------|----------|--------------------------------------------------|
| Flor Serna | 1 | 18 | 2019 | 11:16 AM | | 800 E Overland |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING _____ copy _____ $ _____    **Richard D. Wiles Sheriff** _____ Sheriff
                                              **El Paso County, Texas**           County, Texas
Total _____ $ _____ by _____ **Deputy Jorge Andujo #1887** , Deputy

*NORMA FAVELA BARCELEAU
DISTRICT CLERK
EL PASO COUNTY, TEXAS
2019 JAN 22 PM 2:13
FILED*

## CERTIFICATE OF DELIVERY

    I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20____, at _____ o'clock ___m. this copy of this instrument.

_____, Sheriff/Agent

_____County, Texas

By _____, Deputy/Agent

SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.

    (SEAL)

_____
NOTARY PUBLIC, STATE OF TEXAS

2018DCV4903
Flor Serna

1-16-19

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy
FEB 13 2019



*DISTRICT COURTS
EL PASO COUNTY, TEXAS*

# THE STATE OF TEXAS

*297*

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:    **FLOR SERNA,** who may be served with process at **801 E. Overland, El Paso, TX** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **171st Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 28th day of December, 2018 by Attorney at Law, SERGIO GONZALEZ, 3717 MONTANA, EL PASO, TX 79903, in this case numbered **2018DCV4903** on the docket of said court, and styled:

**MIGUEL PINEDA**
**VS.**
**WEST TEXAS COMMUNITY SUPERVISION, EL PASO COUNTY, CLINTON DAVIS, FLOR SERNA,**
**ALEJANDRA RODRIGUEZ, & UNKNOWN PROBATION OFFICERS**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 16th day of January, 2019.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:    NORMA FAVELA BARCELEAU    District Clerk
El Paso County, Texas

By:    _____, Deputy
Gloria Rodriguez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

2018DCV4903

## RETURN

Came on hand on ___16___ day of __JANUARY__, 20_19_, at _10:04_ o'clock _A_ M., and executed in ___EL PASO___ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|------|------|------|------|------|------|
| | MONTH | DAY | YEAR | Hour | Min. | .M. | |
| ALEJANDRA RODRIGUEZ | JANUARY | 23 | 2019 | 11:17 AM | | | 500 E. SAN ANTONIO |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy ____ $ _____  **RICHARD D. WILES SHERIFF** ___ Sheriff
                                        **EL PASO COUNTY, TEXAS** ___ County, Texas

Total _____ $ _100.00_ by ___DEP. ERIC VELA #5837___, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____

_____ on the _____ day of _____,

20_____, at _____ o'clock ___ m. this copy of this instrument.

_____, Sheriff/Agent

_____County, Texas

By _____, Deputy/Agent

SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.

(SEAL)

_____
NOTARY PUBLIC, STATE OF TEXAS

_____
A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy

FEB 1 3 2019

2018DCV4903
Alejandra Rodriguez

1-16-19

# THE STATE OF TEXAS

296

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:    **ALEJANDRA RODRIGUEZ,** who may be served with process at **801 E. Overland, El Paso, TX** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **171st Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 28th day of December, 2018 by Attorney at Law, SERGIO GONZALEZ, 3717 MONTANA, EL PASO, TX 79903, in this case numbered **2018DCV4903** on the docket of said court, and styled:

## MIGUEL PINEDA
### VS.
## WEST TEXAS COMMUNITY SUPERVISION, EL PASO COUNTY, CLINTON DAVIS, FLOR SERNA, ALEJANDRA RODRIGUEZ, & UNKNOWN PROBATION OFFICERS

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 16th day of January, 2019.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: __NORMA FAVELA BARCELEAU__    District Clerk
El Paso County, Texas

By: _____    Deputy
Gloria Rodriguez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."